**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Tom Ohrstrom

                    Plaintiff,

v.                                          Case No.: 1:18−cv−00971
                                                           Honorable Sara L. Ellis

Lars Ohrstrom, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 22, 2019:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation to dismiss [57], this action is dismissed with prejudice and without costs or disbursements to any party as against the other pursuant to Fed. R. Civ. P. 41(a)(1). Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.